IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| HOWARD COHAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CASE NO.: 19-cv-06772 |
| vs. | ) | |
| | ) | |
| ALM HURON, LLC, d/b/a HAMPTON | ) | Judge Pallmeyer |
| INN AND HOMEWOOD SUITES | ) | |
| CHICAGO DOWNTOWN/MAGNIFICENT | ) | Magistrate Judge Weisman |
| MILE, | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION TO VOLUNTARY DISMISSAL PURSUANT
TO FED.R.CIV.P. 41(a)(1)(A)(ii)**

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), the Plaintiff, Howard Cohan and the

Defendant, ALM HURON, LLC, hereby stipulate and agree to the voluntary dismissal of this

action, with prejudice, each party to bear their own costs, including attorneys' fees, as all

matters in controversy have been fully resolved.


HOWARD COHAN

By: /s/ *Marshall J. Burt*
Marshall J. Burt, Esq.
The Burt Law Group, Ltd.
77 W. Washington, Ste 1300
Chicago, IL 60602
312-419-1999
Marshall@mjburtlaw.com

ALM HURON, LLC

By: /s/ *Jessica E. Quarless*
Jessica E. Quarless
Jackson Lewis P.C.
150 North Michigan Avenue
Suite 2500
Chicago, IL 60601
312-787-4949
Jessica.Quarless@jacksonlewis.com